UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HERRERA,<br><br>  Plaintiff,<br><br>v.<br><br>OTAY LAKES DENTAL GROUP, LLC,<br><br>  Defendant. | Case No.:  21cv1629-LAB (AHG)<br><br>**ORDER OF DISMISSAL** |

On December 3, 2021, Plaintiff Carlos Herrera filed a Notice of Dismissal Without Prejudice, seeking to dismiss all claims against Defendant Otay Lakes Dental Group, LLC, and all claims against any unnamed member of the alleged class. (Dkt. 5). The Notice of Dismissal is **GRANTED**. Pursuant to Federal Rule of Civil Procedure 41(a), all claims in this case are **DISMISSED WITHOUT PREJUDICE**, and the case is **DISMISSED WITHOUT PREJUDICE** in its entirety. The parties shall each bear their own expenses, costs, and attorneys' fees.

The Clerk is directed to terminate this case.

**IT IS SO ORDERED**.

Dated:  December 20, 2021

*Larry A. Burns*

Honorable Larry Alan Burns
United States District Judge